IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KYLE LINDSEY HAYLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-508-A |
| | § | |
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference with counsel for plaintiff, Kyle Lindsey Hayley, and counsel for defendant, Colonial Life & Accident Insurance Company, on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant be, and are hereby, dismissed with prejudice, with each party to bear costs of court and attorney's fees incurred by that party.

SIGNED September 7, 2017.

_____
JOHN McBRYDE
United States District Judge